AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, HKennethJr | U.S. District Court, W.D.N.Y. | 03/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/01/18 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | A | Dividend | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | | None | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. SHIRE PLC SPON ADR DE | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 36. XL GROUP PLC SHS DE | A | Dividend | | | Sold | 01/22/18 | J | B | |
| 37. ALPHABET INC CL A DE | A | Dividend | | | Sold | 09/27/18 | J | B | |
| 38. MARKEL CORP (HOLDING CO) DE | A | Dividend | J | T | | | | | |
| 39. PPG INDUSTRIES INC DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 40. ALTRIA GROUP INC DE | A | Dividend | | | Sold | 09/27/18 | J | B | |
| 41. THERMO FISHER SCIENTIFIC INC DE | A | Dividend | | | Sold | 08/31/18 | J | B | |
| 42. ORACLE CORP DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 43. ARROW ELECTRONICS INC DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 44. TECK RESOURCES LTD CL B ORD CAD DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 45. WHIRLPOOL CORP DE | A | Dividend | | | Sold | 07/24/18 | J | A | |
| 46. AMERICAN TOWER CORP REIT DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 47. FACEBOOK INC CL A DE | A | Dividend | J | T | | | | | |
| 48. MEDTRONIC PLC DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 49. VISA INC CL A DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 50. CUMMINS INC DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 51. EOG RESOURCES INC DE | A | Dividend | J | T | Buy (add'l) | 11/02/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. MCKESSON CORP DE | A | Dividend | | | Sold | 05/17/18 | J | B | |
| 53. CONSTELLATION BRANDS INC CL A DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 54. ALEXANDRIA REAL ESTATE EQUITIES DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 55. ALPHABET INC CL DE | A | Dividend | | | Sold | 09/27/18 | J | B | |
| 56. CONS ENERGY INC DE | A | Dividend | J | T | | | | | |
| 57. FLEX LTD DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 58. IMPERIAL BRANDS PLC SPON ADR DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 59. LOCKHEED MARTIN CORP DE | A | Dividend | J | T | | | | | |
| 60. MALLINCKRODT PUB LTD CO DE | A | Dividend | | | Sold | 04/24/18 | J | A | |
| 61. CNOOC LTD SPON ADR DE | A | Dividend | | | Sold | 02/02/18 | J | B | |
| 62. FITBIT INC CL A DE | A | Dividend | | | Sold | 08/02/18 | J | B | |
| 63. FIRST SOLAR INC DE | A | Dividend | | | Sold | 06/05/18 | J | B | |
| 64. PDC ENERGY INC COM DE | A | Dividend | | | Sold | 08/07/18 | J | B | |
| 65. DEERE AND CO DE | A | Dividend | | | Sold | 02/16/18 | J | B | |
| 66. SKECHERS USA INC CL A DE | A | Dividend | | | Sold | 02/09/18 | J | B | |
| 67. FIRST DATA CORP CL A DE | A | Dividend | | | Sold | 05/03/18 | J | B | |
| 68. CATERPILLAR INC DE | A | Dividend | | | Sold | 10/23/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CHINA LIFE INSURANCE CO LTD ADS SPON ADR DE | A | Dividend | | | Sold | 04/27/18 | J | B | |
| 70. CHINA MOBILE LTD SPON ADR DE | A | Dividend | | | Sold | 03/23/18 | J | B | |
| 71. KILROY REALTY CORP DE | A | Dividend | | | Sold | 02/01/18 | J | A | |
| 72. BARCLAYS PLC ADR DE | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 73. COGNIZANT TECH SOLUTIONS CRP DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 74. BLUCORA INC DE | A | Dividend | | | Sold | 02/23/18 | J | B | |
| 75. CORPORATE OFFICE PPTYS NEW SBI DE | A | Dividend | | | Sold | 09/27/18 | J | B | |
| 76. SCANA CORP NEW DE | A | Dividend | J | T | | | | | |
| 77. CK HUTCHISON HLDGS LTD UNSPONSORED ADR DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 78. BANK OF AMER CORP DE | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 79. WALT DISNEY CO (HOLDING CO) DISNEY COM DE | A | Dividend | J | T | | | | | |
| 80. FIRSTENERGY CORP DE | A | Dividend | J | T | Buy (add'l) | 10/29/18 | J | | |
| 81. EQT CORP DE | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 82. | | | | | Sold | 06/25/18 | J | B | |
| 83. NOKIA CORP SPONS ADR FINLAND ADR | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 84. | | | | | Sold | 04/27/18 | J | B | |
| 85. MORGAN STANLEY DE | A | Dividend | J | T | Buy | 01/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 09/27/18 | J | B | |
| 87. SUNTRUST BANKS INC DE | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 88. | | | | | Sold | 09/27/18 | J | A | |
| 89. VERIFONE SYSTEMS INC DE | A | Dividend | J | T | Buy | 01/25/18 | J | | |
| 90. | | | | | Sold | 04/10/18 | J | B | |
| 91. FREEPORT-MCMORAN INC DE | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 92. | | | | | Sold | 09/27/18 | J | A | |
| 93. PROLOGIS INC COM DE | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 94. | | | | | Sold | 09/27/18 | J | A | |
| 95. AK STEEL HOLDING CORP DE | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 96. | | | | | Sold | 07/31/18 | J | B | |
| 97. UNITED STATES STEEL CORP NEW DE | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 98. ALBEMARLE CORP DE | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 99. DOWDUPONT INC DE | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 100. LAUDER ESTEE COS CL A DE | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 101. | | | | | Sold | 09/27/18 | J | A | |
| 102. GENERAL MOTORS CO DE | A | Dividend | J | T | Buy | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 09/12/18 | J | B | |
| 104. COCA COLA CO COM DE | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 105. | | | | | Sold | 09/27/18 | J | A | |
| 106. MICHAEL KORS HLDGS LTD DE | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 107. | | | | | Sold | 04/23/18 | J | B | |
| 108. BANK OF NEW YORK MELLON CORP DE | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 109. | | | | | Sold | 09/27/18 | J | A | |
| 110. PRUDENTIAL FINANCIAL INC DE | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 111. SYNOPSYS INC DE | A | Dividend | J | T | Buy | 02/23/18 | J | | |
| 112. | | | | | Sold | 09/27/18 | J | A | |
| 113. CABOT CORP DE | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 114. | | | | | Sold | 08/10/18 | J | B | |
| 115. DISCOVERY COMMUNICATIONS INC CL A DE | A | Dividend | J | T | Buy | 03/23/18 | J | | |
| 116. SINOPEC SHANGHAI PETROCHEMICAL CO LTD SPON ADR DE | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 117. | | | | | Sold | 04/27/18 | J | B | |
| 118. LEIDOS HLDGS INC DE | A | Dividend | J | T | Buy | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold | 09/27/18 | J | A | |
| 120.  CARTER'S INC DE | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 121. | | | | | Sold | 04/30/18 | J | B | |
| 122.  EXPEDIA GROUP INC DE | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 123.  HASBRO INC DE | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 124. | | | | | Sold | 09/27/18 | J | B | |
| 125.  LANDSTAR SYSTEMS INC DE | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 126.  CALANESE CORP NEW SER A DE | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 127.  SCOTTS MIRACLE-GRO CO CL A DE | A | Dividend | J | T | Buy | 05/02/18 | J | | |
| 128. | | | | | Sold | 08/02/18 | J | B | |
| 129.  CF INDUSTRIES HOLDINGS INC DE | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 130. | | | | | Sold | 09/27/18 | J | A | |
| 131.  WESTLAKE CHEMICAL CORP DE | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 132.  TENCENT HLDGS LTD ADR DE | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 133. | | | | | Sold | 09/27/18 | J | A | |
| 134.  SUMMIT MATLS INC CL A DE | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 135. | | | | | Sold | 09/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. SOFTBANK GROUP CORP ADR DE | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 137. | | | | | Sold | 08/07/18 | J | B | |
| 138. MICROCHIP TECHNOLOGY INC DE | A | Dividend | J | T | Buy | 07/13/18 | J | | |
| 139. | | | | | Sold | 09/27/18 | J | A | |
| 140. BOSTON SCIENTIFIC CORP DE | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 141. | | | | | Sold | 09/27/18 | J | A | |
| 142. NORTHROP GRUMMAN CORP DE | A | Dividend | J | T | Buy | 07/26/18 | J | | |
| 143. ARCONIC INC DE | A | Dividend | J | T | Buy | 07/31/18 | J | | |
| 144. | | | | | Sold | 09/27/18 | J | A | |
| 145. NASDAQ INC DE | A | Dividend | J | T | Buy | 07/31/18 | J | | |
| 146. | | | | | Sold | 09/27/18 | J | A | |
| 147. CADENCE DESIGN SYSTEM DE | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 148. | | | | | Sold | 09/27/18 | J | A | |
| 149. EDWARDS LIFESCIENCES CORP DE | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 150. TELECOM ITALIA SPA NEW REPSTG 10 ORD SHS SPON ADR DE | A | Dividend | J | T | Buy | 08/17/18 | J | | |
| 151. | | | | | Sold | 11/09/18 | J | B | |
| 152. PPL CORP DE | A | Dividend | J | T | Buy | 08/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 09/27/18 | J | A | |
| 154. ALIBABA GROUP HLDG LTD SPON ADR DE | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 155. BANCO SANTANDER S.A. SPON ADR DE | A | Dividend | J | T | Buy | 08/31/18 | J | | |
| 156. | | | | | Sold | 09/27/18 | J | A | |
| 157. GOLDCORP INC NEW CAD DE | A | Dividend | J | T | Buy | 08/31/18 | J | | |
| 158. | | | | | Sold | 10/25/18 | J | A | |
| 159. | | | | | Sold | 09/27/18 | J | A | |
| 160. PVH CORP COM DE | A | Dividend | J | T | Buy | 09/10/18 | J | | |
| 161. AUTOLIV INC DE | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 162. | | | | | Sold | 10/29/18 | J | B | |
| 163. | | | | | Sold | 09/27/18 | J | A | |
| 164. DANA INC DE | A | Dividend | J | T | Buy | 10/02/18 | J | | |
| 165. | | | | | Sold | 12/21/18 | J | B | |
| 166. CVS HEALTH CORP DE | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 167. MELLONOX TECHNOLOGIES LTD ILS DE | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 168. AMER EXPRESS CO DE | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 169. BIG LOTS INC DE | A | Dividend | J | T | Buy | 10/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. CENTENE CORP DE | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 171. CONOCOPHILLIPS DE | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 172. POSCO SPON ADR DE | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 173. COMERICA INC DE | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 174. NUTRIEN LTD CAD DE | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 175. STMICROELECTRONICS N.V EUR DE | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 176. GENTEX CORP DE | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 177. TRAVELPORT WOLDWIDE LTD DE | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 178. | | | | | Sold | 12/10/18 | J | B | |
| 179. CONDUENT INC DE | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 180. SIGNATURE BANK NEW YORK N Y DE | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 181. VODAFONE GROUP PLC SPON ADR DE | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 182. ELECTRONIC ARTS DE | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 183. TOTAL SYSTEM SERVICES INC DE | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 184. ALIGN TECHNOLOGY INC DE | A | Dividend | J | T | Buy | 12/03/18 | J | | |
| 185. MARATHON OIL CORP DE | A | Dividend | J | T | Buy | 12/03/18 | J | | |
| 186. | | | | | Sold | 12/17/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. CISCO SYSTEMS INC DE | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 188. MOSAIC CO DE | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 189. CANADA GOOSE HLDGS INC CAD DE | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 190. SVB FINANCIAL GROUP DE | A | Dividend | J | T | Buy | 12/26/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 03/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544